IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SETH SHICH                         *
                                   *
                                   *
v.                                 *     Civil No. – JFM-15-1021
                                   *
MEDICREDIT, INC.                   *
                              ******

## MEMORANDUM

Plaintiff has filed this pro se action. Defendant has filed a motion to dismiss. Plaintiff has responded to the motion to dismiss and has filed an amended complaint. Defendant's motion will be granted.

Plaintiff's amended complaint makes no allegations regarding activities performed by defendant in the District of Maryland. Indeed, in the original complaint plaintiff has made the rather remarkable allegation that "[a] substantial part of the events giving rise to the claim did not occur in any judicial district within Maryland." Nothing in the amended complaint expressly or implicitly contradicts this averment.

A separate order granting defendant's motion and dismissing this action without prejudice is being entered herewith.

Date: 7/22/15

J. Frederick Motz
United States District Judge