IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SETH SHICH | * | |
| | * | |
| v. | * | Civil No. – JFM-15-1021 |
| | * | |
| MEDICREDIT, INC. | * | |

******

## ORDER

For the reasons stated in the accompanying memorandum, it is, this 21st day of July 2015

ORDERED

1. Defendant Medicredit, Inc.'s motion to dismiss (document 7) is treated as one to dismiss the First Amended Complaint; and

2. This action is dismissed without prejudice.

_____
J. Frederick Motz
United States District Judge